```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 21946
  YVETTE A IRVING
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-8255


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/21/2007 and was not confirmed.

    The case was dismissed without confirmation 12/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
--------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC  16470.41          .00         .00
ERNESTO D BORGES JR      DEBTOR ATTY    2,774.00                      .00
TOM VAUGHN               TRUSTEE                                      .00
DEBTOR REFUND            REFUND                                       .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------    --------------
TOTALS                     .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/26/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```